Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

| | FILED | | LODGED |
|---|---|---|---|
| | RECEIVED | | COPY |

OCT - 1 2021

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

# UNITED STATES DISTRICT COURT

for the

_____ District of ARIZONA

TUCSON Division

MICHAEL WESTCOTT ) Case No. CV-21-00395-TUC-RM-PSOT
)
) _____
) *(to be filled in by the Clerk's Office)*
*Plaintiff(s)* )
*(Write the full name of each plaintiff who is filing this complaint.* ) Jury Trial: *(check one)* ☐ Yes ☑ No
*If the names of all the plaintiffs cannot fit in the space above,* )
*please write "see attached" in the space and attach an additional* )
*page with the full list of names.)* )
)
-v- )
)
CORE CIVIC INC. )
)
)
)
)
)
*Defendant(s)* )
*(Write the full name of each defendant who is being sued. If the* )
*names of all the defendants cannot fit in the space above, please* )
*write "see attached" in the space and attach an additional page* )
*with the full list of names.)* )

## COMPLAINT FOR A CIVIL CASE

### I.   The Parties to This Complaint

#### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Michael westcott |
| Street Address | 3120 E. Adams ST Apt 5 |
| City and County | TUCSON          PIMA |
| State and Zip Code | ARIZONA          85716 |
| Telephone Number | 5203311383 |
| E-mail Address | westcott399@gmail.com |

#### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

    Name                              CORE CIVIC INC.

    Job or Title *(if known)*      UNKNOWN

    Street Address             1155 N PINAL PKWY

    City and County           FLORENCE       PINAL

    State and Zip Code       ARIZONA     85132

    Telephone Number      520-868-3668

    E-mail Address *(if known)*  UNKNOWN

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

the defendents in this case did knowingly violate the fourth amendment by excessive force by tight handcuffs. Which did cause an injury two plaintiffs left wrist
this injury later would need to have several surgerys on it the injury took place in the lock up at the federal court on 405 west congress st. While i was in custody.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.   The Plaintiff(s)

a.   If the plaintiff is an individual

The plaintiff, *(name)* MICHAEL WESTCOTT , is a citizen of the State of *(name)* ARIZONA .

b.   If the plaintiff is a corporation

The plaintiff, *(name)* CORE CIVIC INC. , is incorporated under the laws of the State of *(name)* ARIZONA ,
and has its principal place of business in the State of *(name)*

ARIZONA .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

a.   If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.   If the defendant is a corporation

The defendant,   *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.   The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, *(explain)*:

thsis case is about the right of a human being the fourth amendemnt rights and also injury due to the violation. I'M asking for demand of 100,000 dollars for these violations excessive force should not be allowed state or federal prisons.

## III.   Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

this clame is about the CO'O not listing or responding to an imates complaint. on december 2nd i was being tranferd to central arizona florence correctional complex while at the court the officer who put my handcuffs on made them way to tight
when i complainded i was told to deal with it my handcuffs were left to tighten more as they did not double the lock on the cuffs then when the lock box was put on the co saw blood and told me to make sure they saw this at CAFCC so i asked if
would do an incedent report none was filed that i know of as we went to the transport bus my fingers were getting numb as we were abou∤one quarter of the way m∤whole arm went numb from my shoulder to my fingers. the hand ∤uffs out the circlotion off in my

hand Caffs Cut The Circkulatio off

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

this case my demand is 100,000 but if the court does not have a problem and the defendent does not have a problem i would let this case be added to the current case and i would not make any ajustments to the demand in that
case i just want this on the record so when it happens again and it will this will be in the record. And no one can say its a isolated incident. there are plenty of cases on the books that suport my case they wil;l be in my statement of facts
thtat will be sent to defendent at a later date nurve damage  ijury to left arerm and most inportant violation of the fouth amendment to be of excessive force from any law infocement agency handcuffs arer already a form of

## V.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:            10/01/2021.

Signature of Plaintiff

Printed Name of Plaintiff     MICHAEL WESTCOTT

### B.     For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address